O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESQUIVEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CELIA GALLARDO, an individual; WELLS FARGO BANK, N.A., d/b/a AMERICA'S SERVICING COMPANY, a National Association doing business in California; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, <br><br> Defendants. | Case No. CV 08-04172 DDP (JCx) <br><br> **ORDER GRANTING ASC PERMISSION TO FILE A CROSS-CLAIM AND THIRD PARTY COMPLAINT** <br><br> [Stipulation filed on November 4, 2008] |

Plaintiff Manuel Esquivel brings this action against defendants Celia Gallardo; Wells Fargo Bank, N.A., d.b.a America's Servicing Company ("ASC"); and Mortgage Electronic Registration Systems, Inc. Plaintiff alleges that he is entitled to rescission of his loan because he was not provided with copies of his Right to Cancel at the closing of his loan. On November 4, 2008, Plaintiff, ASC, and defendant Mortgage Electronic Registration Systems filed an agreement permitting ASC to file a cross-claim and third party

1  complaint against Gallardo and United Capital Funding. Gallardo, a
2  current defendant, was not a party to this agreement.
3      The Court finds that good cause exists to allow ASC to file
4  its cross-claim and third party complaint. Esquivel, ASC, and
5  Mortgage Electronic Registration Systems agree that, if ASC should
6  be found liable to Esquivel, it will be "as a result of the acts,
7  omissions, or breaches of contract" of Gallardo and United Capital
8  Funding. Accordingly, the Court grants ASC leave to file its
9  proposed cross-claim and third party complaint.
10 IT IS SO ORDERED.

13 Dated: November 17, 2008

       _____
       DEAN D. PREGERSON
       United States District Judge

2